WALLIN & KLARICH
A LAW CORPORATION
JONATHAN M. LYNN, SBN: 289274
18022 COWAN AVE SUITE 275
IRVINE, CALIFORNIA 92614
Telephone: (714) 730-5300
Fax: (714) 730-0337

Attorney for Defendant
PHILIP PENDLETON

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PHILIP C. PENDLETON,<br><br>    Defendant. | Case No: 3:25CR00940<br><br>MOTION TO MODIFY CONDITIONS OF RELEASE |

Defendant Philip C. Pendleton, by and through his counsel of record, and the United States of America, by its counsel, moves to modify his conditions of release restricting his ability to access the internet to permit him to use the internet to be evaluated by a licensed psychologist for purposes of generating a report that could be provided to the Court for sentencing purposes.

1. On May 21, 2025 Mr. Pendleton was placed on pretrial release with a number of conditions including a condition that he seek employment. Mr. Pendleton is currently residing out of state in New York. Defense counsel has been informed by Mr. Pendleton's probation officer that typically when defendants have this condition imposed upon them in the Southern District there is a list of employers who are willing to accept applications from defendants with charges similar to Mr. Pendleton's, however, in this case the state of New York does not have any similar list. As a result it is difficult for pre-trial services to screen any potential employers for Mr. Pendleton and they are requesting that his pre-trial release terms be modified and that this condition is deleted.

1

2. Defense counsel has reached out to the United States Attorney's Office to assess their position, but has not received a response.

3. Defense counsel therefore requests that the condition that Mr. Pendleton seeks employment while on pre-trial release be removed.

Dated: 12/15/25

Jonathan M. Lynn, Esq., attorney for Philip Pendleton

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 3:25CR00940 |
| Plaintiff, | |
| vs. | PROPOSED ORDER |
| PHILIP C. PENDLETON, | |
| Defendant. | |

It is hereby ordered that condition 12(a) of Defendant's pre-trial release order requiring that he actively seek or continue employment is deleted.

_____
United States District Court Judge

3